```
 1
 2
 3
 4
 5
 6
 7
 8                 IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   In re:                           Case No. 05-1965 DFL
12   THOMAS SEBASTIAN LOPILATO,
                                      ORDER RE DISPOSITION AFTER
13                                    NOTIFICATION OF SETTLEMENT
         Debtor,
14   _____
15   NICHOLAS SCOTT FOSTER,
16       Plaintiff,
17       v.
18   STEPHEN M. REYNOLDS, et al.
19       Defendants.
20   _____/
21       The court has been advised by plaintiff's counsel,
22   Jeremy W. Katz, Esq., that this action has been settled.
23   Therefore, it is not necessary that the action remain upon the
24   court's active calendar.
25       Accordingly, IT IS ORDERED:
26   //
                                   1
```

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than June 21, 2006, and,

2. That all hearing dates previously set in this matter are vacated.

IT IS SO ORDERED.

Dated: 6/6/2006

_____
DAVID F. LEVI
United States District Judge

2