Matthew J. Shier, Esq. (SBN 72638)
Jeremy W. Katz, Esq. (SBN 119418)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Telephone:  (415) 394 5700
Facsimile:  (415) 394 5003
Email:  mshier@pinnaclelawgroup.com

Attorneys for Plaintiff
NICHOLAS SCOTT FOSTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>THOMAS SEBASTIAN LOPILATO,<br><br>Debtor. | Case No. 05-1965 DFL |
| NICHOLAS SCOTT FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN M. REYNOLDS, LAW OFFICES OF STEPHEN M. REYNOLDS, ANNE WOLFE, and WOLFE REAL ESTATE,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE (CIV. R. 41(a))<br><br>[No Hearing Scheduled] |

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

1828.001

STIPULATION and [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

Plaintiff Nicholas Scott Foster and Defendants Stephen M. Reynolds, Law Offices of Stephen M. Reynolds, Anne Wolfe, and Wolfe Real Estate, by and through their respective counsel, hereby stipulate that this action may be dismissed with prejudice, each party to bear his, her, or its own costs and attorney fees.

DATED:  June 19, 2006        PINNACLE LAW GROUP LLP

By: /s/ Jeremy W. Katz
    Jeremy W. Katz,
    Attorneys for Plaintiff
    NICHOLAS SCOTT FOSTER

DATED:  June 19, 2006        DESMOND NOLAN LIVAICH & CUNNINGHAM

By: /s/ J. Russell Cunningham
    J. Russell Cunningham
    Attorneys for Defendants
    STEPHEN M. REYNOLDS and
    LAW OFFICES OF STEVEN M. REYONDS

DATED:  June 19, 2006        MEEGAN HANSCHU & KASSENBROCK

By: /s/ Peter Pullen
    Peter Pullen,
    Attorneys for Defendants
    ANNE WOLFE and
    WOLFE REAL ESTATE

**IT IS SO ORDERED**

DATED: 6/26/ 2006        /s/ David F. Levi
                         **Honorable David F. Levi**
                         Chief Judge, U.S. District Court
                         Eastern District of California

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

1828.001/00025478                1                **STIPULATION and [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**